[Cite as *State v. Harvey*, 2025-Ohio-5567.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## ASHTABULA COUNTY

STATE OF OHIO,

        Plaintiff-Appellee,

- vs -

PAUL TIMOTHY HARVEY,

        Defendant-Appellant.

CASE NO. 2025-A-0056

Criminal Appeal from the
County Court, Eastern Division

Trial Court No. 2024 CRB 00161 E

---

# MEMORANDUM OPINION AND JUDGMENT ENTRY

Decided: December 15, 2025
Judgment: Appeal dismissed

---

*April R. Grabman,* Ashtabula County Prosecutor, 25 West Jefferson Street, Jefferson, OH 44047 (For Plaintiff-Appellee).

*Margaret Brunarski,* Ashtabula County Public Defender, and *Edith M. Jonas,* Assistant Public Defender, 22 East Jefferson Street, Jefferson, OH 44047 (For Defendant-Appellant).

ROBERT J. PATTON, P.J.

{¶1}    On October 9, 2025, appellant, Paul Timothy Harvey, through counsel, filed a notice of appeal from the Ashtabula County Court, Eastern Division's September 4, 2025 entry finding him in contempt of court and sentencing him to 120 days in jail.

{¶2}    App.R. 3(A) expressly states that the only jurisdictional requirement for filing a valid appeal is to file it within the time allowed by App.R. 4.  The Supreme Court has held that the failure to comply with the time requirements of App.R. 4(A) is a jurisdictional defect, which is fatal to an appeal.  *In re H.F.*, 2008-Ohio-6810, ¶ 17, citing *State ex rel. Pendell v. Adams Cty. Bd. of Elections*, 40 Ohio St.3d 58, 60 (1988).

{¶3}   An appeal from the September 4, 2025 entry was due no later than October 6, 2025, which was not a holiday or weekend.  Thus, the appeal was untimely filed by three days.

{¶4}   Appellant has not complied with the thirty-day rule set forth in App.R. 4(A)(1).  Therefore, this court is without jurisdiction to consider his appeal.

{¶5}   This appeal is hereby dismissed, sua sponte, as untimely.


MATT LYNCH, J.,

EUGENE A. LUCCI, J.,

concur.

Case No. 2025-A-0056

# JUDGMENT ENTRY

For the reasons stated in the memorandum opinion of this court, it is ordered that this appeal is hereby dismissed, sua sponte, as untimely.

Costs shall be taxed against appellant.

_____
PRESIDING JUDGE ROBERT J. PATTON

_____
JUDGE MATT LYNCH,
concurs

_____
JUDGE EUGENE A. LUCCI,
concurs

---

**THIS DOCUMENT CONSTITUTES A FINAL JUDGMENT ENTRY**

A certified copy of this opinion and judgment entry shall constitute the mandate pursuant to Rule 27 of the Ohio Rules of Appellate Procedure.

---

Case No. 2025-A-0056